FILED

SEP 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| : Orlando-Christopher: Anderson©, | ) |
| Authorized Representative, | ) |
| 103 G Street, South West #B-410 | ) |
| Washington, District of Columbia [20024] | ) |
| 202-863-2120 | ) |
| Plaintiff, | ) CIVIL ACTION NO._____ |
| V. | ) |
| WALTER C. WIGGINS, | ) |
| JENNIFER MOORE, | ) |
| DISTRICT GOVERNMENT EMPLOYEES | ) |
| FEDERAL CREDIT UNION | ) |
| 2000 14ᵗʰ Street, North West 2ⁿᵈ Floor | ) |
| Washington, District of Columbia 20009 | ) |
| LINDA G. RAINES, | ) |
| SECURITY RECOVERY, INC. | ) |
| 1101 Hengemihle Avenue, | ) |
| Baltimore, Maryland 21221 | ) |
| LAWRENCE H. MIREL, | ) |
| 810 First Street, NE, Suite 701 | ) |
| Washington, District of Columbia 20002 | ) |
| DEFENDANTS | ) |

CIVIL ACTION NO._____

CASE NUMBER  1:05CV01852

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 09/19/2005

Complaint in Replevin

1

AFFIDAVIT OF INFORMATION

ACTION OF REPLEVIN

PURSUANT TO DC CODE DIVISION II TITLE 16 CHAPTER 37 REPLEVIN

DEMAND FOR RESOLUTION OF DISPUTE IN COMMERCIAL LAW

THIS COMPLAINT AND AFFIDAVIT OF INFORMATION DOES NOT ARISE

FROM THE SUBJECT MATTER OF ANY PREVIOUS DISPUTES.

AFFIDAVIT OF INFORMATION in support of COMPLAINT IN REPLEVIN

"The plaintiff sues the defendants for wrongly taking and detaining the plaintiff's goods

and chattels, to wit:  Black Sand Pearl 2003 Toyota Corolla-S 4-door

Sedan VIN 1NXBR32E83Z078026 of the value of Fifteen Thousand Five Hundred Fifty-

Five dollars and Sixteen cents. And the plaintiff claims that the same be taken from the

defendants and delivered to him; or, if they are eloigned, that he may have judgment of

their value and all mesne profits and triple damages, which he estimates at Forty-six

Thousand Six Hundred Sixty-five dollars and Forty-eight cents, besides costs."

Orlando Christopher Anderson©, Creditor/Secured Party, the Complainant Affiant in the

instant matter is entitled to recover possession of chattels/goods that the defendant has

seized and detained, pursuant to DC CODE DIVISION II TITLE 16 CHAPTER 37 § 16-

3703, the chattels were not subject to the seizure or detention and were not taken upon a

writ of replevin between the parties.

I, Orlando Christopher Anderson©, Authorized Representative, the Complainant Affiant in the instant matter, am reporting, by AFFIDAVIT, to this Court, believed to be the competent, authorities to which knowledge of criminal actions should be reported. This Affidavit is filed pursuant to 18 United States Code Section 4 (18 USC 4), the FEDERAL RULES OF CRIMINAL PROCEDURE, RULE 3. Title 18 (18 USC) Section 4 states:

"Whoever, having knowledge of the actual commission of a felony cognizable by a court of the United States, conceals and does not as soon as possible make known the same to some judge or other person in civil or military authority under the United States, shall be fined not more than $500 or imprisoned not more than three years, or both."

Federal Rules of Criminal Procedure Rule 3 states:

"The complaint is a written statement of the essential facts constituting the offense charged. It shall be made upon oath before a magistrate."

I, Orlando Christopher Anderson©, Authorized Representative, the Complainant Affiant in the instant matter, herein openly declare and depose that the above named Respondents did knowingly and willfully act and conspire to oppress, injure, and damage this Complainant Affiant as herein below set forth, and by evidences set forth in the attached "Refused For Cause Without Dishonor" Letter sent to the Respondents/Defendants to resolve the disputed issues outside this forum (a consensual mutually entered into voluntary contract by and between Affiant and accused).

The Respondents were previously noticed and warned by the Affiant's "REFUSED FOR CAUSE WITHOUT DISHONOR" LETTER (see Exhibit A), to which the

Respondents did not answer/rebut, or answered without addressing the demands made, (see Exhibits ..., "REFUSED FOR CAUSE WITHOUT DISHONOR" LETTER. In said "REFUSED FOR CAUSE WITHOUT DISHONOR" LETTER the eternal principles of Commercial Law, the underpinnings of all human law and civilization, were clearly and simply set forth and explained (clarification of contractual terms). The above referenced Respondent parties failed to avail themselves of the remedies and recourse under Commercial Law to resolve the dispute(s) with this Complainant Affiant in a civil, peaceful and honorable manner.

All of the Affidavits, Notices, and filings, of this Complainant Affiant have been issued as the truth, the whole truth, and nothing but the truth, to the best of my experience, knowledge and belief. The Affidavits I have issued were sworn to as TRUE, CORRECT, and COMPLETE. Said Affidavits have never been formally rebutted by affidavits sworn to as TRUE, CORRECT, and COMPLETE by the respective Respondent Parties.

By failing to respond to the Complainant Affiant, the Respondents are in contractual default. The Respondents have admitted to and acquiesced to the crimes which the Complainant Affiant complained about and sought to protect himself from further abuses. Their continuing on with the wrongful actions against this Complainant, the accused Respondents are acting in knowledgeable and willful wrongful actions against the Complainant and in knowledgeable and willful breach of contract that they opened.

In this matter, the Complainant Affiant is the victim, the Verified Affidavit in the Truth sets the complained issues and this Complaint in Replevin defines the crimes verifies the

actual damages, and the intent was established by proof that the Respondents/Defendants were Noticed and Warned of their wrongs and what was required to right them. Their failing to rebut the "Refused For Cause Without Dishonor" Letter or prove their own claims, the contractual requirement of this Complainant Affiant's "Refused For Cause Without Dishonor" Letter, the Respondents/ Defendants acted willfully against this Complainant Affiant.

The Complainant Affiant exercises his unalienable Sovereign Right against WALTER C. WIGGINS, JENNIFER MOORE, DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, LAWRENCE H. MIREL, LINDA G. RAINES and SECURITY RECOVERY, INC., and its officers for a redress of grievances (fraud, extortion, theft, plus other noted wrongs) by this verified Complaint in Replevin (District of Columbia Code Article I Sections 1 *et.seq.*) pursuant the Commercial instrument of the people known as the Constitution for the State of District of Columbia, as stated in the Preamble, Article I Sections 1,4, 5, 6, 15, 17, 18, 19, 22; ACTS RELATING TO THE ESTABLISHMENT OF THE DISTRICT OF COLUMBIA AND ITS VARIOUS FORMS OF GOVERNMENTAL ORGANIZATION ORIGINAL DECLARATION OF RIGHTS OF THE STATE OF MARYLAND Section 4; as a Sovereign and the parallel sections of the Constitution for the United States, United States Codes Title 18, the United State Criminal Code and the Federal Rules of Criminal Procedure.

Therefore, the Complainant Affiant, Orlando Christopher Anderson, Creditor/Secured Party, sets forth to the candid community the abuses of FELONY, HIGH CRIMES and MISDEMEANORS by the Respondents. The above named Respondents, in the instant action have supported criminal actions by willfully and knowingly:

— DENIED A RIGHT to due process of law. Such denials include but are not limited to the right to work, the right to receive just reward of labors, denying access to the multiple Constitutional rights and specifically acting against the Complainant Affiant under a color of official right. It is a "taking action" denying the right to personal property violative of the provisions of the state Constitutional provisions and under the Fourth and Fifth Amendments to the Constitution for the United States.

The right of due process of law requires before any sort of judgment against an individual, that he has had opportunity to defend himself of any accusation or claim, that he has had an opportunity to state his case, he has had a proper and lawful judgment by a jury of his peers, or by a knowledgeable waiver of the right to answer. SECURITY RECOVERY, INC. and agents acted against that due process by acting in a criminal conspiracy to defraud the Complainant Affiant of his property, giving such property to WALTER C. WIGGINS, JENNIFER MOORE, DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, WITHOUT ANY KIND OF LAWFUL JUDGEMENT, COMMERCIAL PAPERWORK, CONTRACTS OR PROOF OF CLAIMS. WALTER C. WIGGINS, JENNIFER MOORE, DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, and SECURITY RECOVERY, INC. are therefore guilty of denying the COMPLAINANT AFFIANT ORLANDO C

ANDERSON, every Constitutional protection afforded — an act of TREASON (defined below), an act of a MIXED DOMESTIC WAR.

DOMESTIC MIXED WAR - A mixed war is one which is made on one side by public authority, and the other by mere private persons. (Black's Law Dictionary 5th Ed., page 1420). War does not exist merely because of an armed attack by military forces of another nation until it is a condition recognized or accepted by political authority of government which is attacked, either through an actual declaration of war or OTHER

ACTS DEMONSTRATING SUCH POSITION (emphasis added; Savage v. Sun Life Assur Co. of Canada, D.C. 57 F Supp 620, 621).

— WAR is the disintegration of peace; Webster's states "a state of hostility, conflict or antagonism, a struggle between opposing forces," not necessarily open violent armed confrontations, although a continued state of disrupted peace by any force could lead to open armed conflict.

The defendants are hereby accused of the following crimes against, and violations of the rights of the people of this DISTRICT OF COLUMBIA REPUBLIC. Such rights or obligations are secured, preserved or defined by the Constitution to prevent such abuses by both employer and of government officials by their oaths to support said Constitution (67 CJS, Officers, Section 46, Oaths).

— MALFEASANCE OF OFFICE. By such wrongful action, these individuals have acted with malfeasance of office in conspiracy with Agents of the DISTRICT GOVERNMENT

EMPLOYEES FEDERAL CREDIT UNION, deliberately, knowingly and willfully violating said rights are guilty of misconduct in office, whether public or private.

— SLAVERY. The civil relation in which one man has absolute power over the life, fortune, and liberty of another. The Respondents have denied the right to "fortunes" earned by the labors of the Affiant. The unlawful conversion of such property and giving it to another without due process of law, forcing the Affiant to work for less than what was lawfully and contractually agreed upon, breaching interpersonal contracts and relationships, is criminal. The Respondents have absolutely refused to communicate in GOOD FAITH with the Affiant. They have refused to disclose the lawful authority by which they act, the contract in default or the damages which they claim created the so-called liability. There is no judgment of any kind that they can produce showing any liability. By such actions, these have destroyed the right to life, liberty and property by such taking of personal property without due process of law, reducing the Affiant to the condition of a slave. As such, these are in fact in violation of the State and Federal Constitutions that abolished slavery.

— TREASON. Treason is defined as the assault against the authority to whom one owes allegiance. It is one of three specific crimes named in the United States Constitution. It requires that one commit an act of war against the Constitution, or giving aid and comfort to an enemy. Such clearly defined actions by government officers and such private officers who have privileged authority in commerce by the Constitution, in specific connection to the above violation, malfeasance of office along with violating their oath of office and in the related connected activities herein as listed below is nothing short of

TREASON, see DOMESTIC MIXED WAR above, and there is no other term or set of terms that accurately define such activity. WALTER C. WIGGINS, JENNIFER MOORE, DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, and SECURITY RECOVERY, INC. have willfully violated the basic fundamental principles this Country was founded on, and therefore condoned the acts of TREASON by so-called governmental officials against the Undersigned, making them liable for such acts of TREASON by refusing to stop such actions against the Complainant Affiant Orlando Christopher Anderson©, Authorized Representative, when they had the power and authority to do so after being noticed (criminally under Title 18, Section 4; civilly under Title 42, Section 1983, 1985, 1986).

In addition to and along with the above cited crimes, the Respondents acting in concert with such so-called government officials to complete such acts as listed as follows:

— FRAUD. Permitting shown and demonstrated acts of fraud and actively participated in a scheming conspiracy of untruths and misrepresentations to deceive those who entrusted themselves in dealing in good faith, while specifically acting in deliberate bad faith when such fraud was shown (District of Columbia Code DIVISION IV Tiltle 22 Chapter 32 Subchapter III § 22-3221; 18 USC 1001).

— EXTORTION. By such actions of Fraud, said Respondents under assumed (usurped) official right and color of office to demand, without any real lawful or proper authority, gave monies of the Complainant Affiant to the WALTER C. WIGGINS, JENNIFER MOORE, DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION as foreign agents (explained below) by use of such misrepresentations and untruths to steal monies under a color and cover of law to raise revenue District of Columbia Code

DIVISION IV Tiltle 22 Chapter 32 Subchapter VI § 22-3251; 18 USC 872, 873, 1951, 1962).

— GRAND THEFT. By such actions of fraud and extortion, the monies stolen, or damages sustained by such actions totaled over $400 under a guise of taxes, fines and/or penalties under a color of law for exercising one's inalienable/unalienable rights (District of Columbia Code DIVISION IV Tiltle 22 Chapter 32 Subchapter II § 22-3211; 18 USC 641 {>$100}, 2112).

— ROBBERY. (Attempted robbery) Respondents, by such action of conspiracy under a color of law and official right, used intimidation, threats, and fear by force of imprisonment to extort revenues (District of Columbia Code DIVISION IV Tiltle 22 Chapter 28; 18 USC 2112).

— FALSE DOCUMENTS. Accepting false documents that are known not to be true or known to be false to falsely condemn the Complainant Affiant under a color of law without benefit of a lawful trial, to raise revenue by stealing monies of the Complainant Affiant and giving it directly to a foreign agent by such false condemnations (District of Columbia Code TITLE DIVISION IV 22 SUBTITLE I CHAPTER 24 § 22-2405; 18 USC 1001).

— CONSPIRACY. A confederation of two or more individuals who may not know each other but, by their joint efforts, commit some unlawful or criminal act (Black's Law Dictionary). Multiple officials, agents and other persons named properly noticed by the attached VERIFIED AFFIDAVIT IN THE TRUTH, and un-named who under a cover of official right and appearance and color of law continued to perform such acts to continue

to raise revenue by fraud and extortion, for any so-called governmental function. (District of Columbia Code DIVISION IV Tiltle 22 Subchapter I, District of Columbia Code Tiltle 22 Chapter 32 Subchapter III § 22-1805a; 18 USC 241, Federal Racketeering Act, 18 USC 1961 *et. seq.*)

— RACKETEERING. Is the combination of the above identified crimes. Title 18 United States Codes Section 1961 (RICO) defines it as involving a host of patterned criminal actions that includes but not limited to an act or threat of murder, kidnapping, gambling, arson, and as in the instant case robbery, bribery, extortion, fraud, slavery, etc.


The explanation of crimes above stem from other hidden crimes being forced upon the people of this DISTRICT OF COLUMBIA REPUBLIC. Such crimes and this Affidavit of Information is filed in the overall context of the Bankruptcy of the United States (i.e. District of Columbia, as per jurisdiction set forth in the U.S. Constitution Article I, Section 8, clause 17 and 18 and Article IV Section 3 clause 2). The United States bankruptcy is a direct result of the Federal Reserve Act of December 23, 1913, in which the delegated authority of Congress to be responsible for the nation's currency was illicitly, unconstitutionally, and treasonously surrendered to the privately owned Federal Reserve Corporation (a foreign agent), whose class A stockholders are various international banks. In place of real money as legal tender (gold and silver coin U.S. Constitution Article I Section 10, Coinage Act April 2, 1792), the Federal Reserve issued private commercial paper, drawn on the credit of the United States, consisting of only bookkeeping entries of no substance or reality, on which a real compound interest was

charged. The U.S. Treasury paid the ever-increasing interest in gold and was eventually depleted, with a higher debt than ever. The planned inevitability occurred: BANKRUPTCY.

This bankruptcy was clearly reiterated on March 17, 1993 on the floor of the House of Representatives by James Traficant, Jr. (Ohio) addressing the House. It is recorded in the United States Congressional Record, Wednesday, March 17, 1993, Volume #33, page H1303, should anyone doubt the claim. . . .

"Mister Speaker. We are here now in Chapter 11. Members of Congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history, the U. S. Government."

The U.S. Attorney General is the "permanent member" to the Secretariat of the Interpol Operation, and the Secretary of Treasury the "alternate permanent member." Under Article 30 of the "Constitution and General Regulation of Interpol," 22 USC 263(a), the agents are required to renounce their allegiance to their respective countries and expatriate.

Consequently, ALL "public servants," officials, Congressmen, politicians, judges, attorneys, law enforcement personnel, the States and their various agencies, are express agents of the Foreign Principals who have bankrupted and stolen the United States through the paper money banking swindle and other frauds and treacheries.

Under trappings of "democracy," the flag, "law and order," the Constitution, etc., Americans have been duped into administering and submitting to their own subjugation,

bankruptcy, enslavement, and the elimination of their rights, freedom, and country. The people have been reduced to peonage and involuntary servitude under a fraudulent, tyrannical, and seditious foreign oligarchy whose express intent is to institute and establish a dictatorship over the people and their posterity through a private, commercial one-world-government (i.e., "THE NEW WORLD ORDER").

These Foreign Principals, through the knowing and unknowing complicity of their Agents, have completely debauched the monetary system (*National Geographic*, January 1993, THE POWER OF MONEY, page 83), declaring war on and against the people of this country, destroyed the lives and livelihoods of millions of people, aided and abetted the enemies of the American people and their posterity, incited rebellion and anarchy within the *de jure* society, taken false oaths, entered into seditious foreign agreements, pacts, confederations, treaties, and alliances, and under a pretense of "emergency" which they themselves created, created and formed a multitude of offices of alien allegiance (treason) to perpetuate their plunder, conquest, and subjugation of what was once considered "the last great hope of human freedom."

These are truly guilty of SEDITION AND TREASON against the Constitution and declared a domestic mixed war against the people of the united States. (See attached TOP SECRET "Silent Weapons for Quiet Wars, a Manual for Silent Weapons System," 1980 Article of *Scientific American*, The World Economy of the Year 2000.)
THEREFORE, the respondents are guilty of the above crimes in acting in conspiracy with such agents of foreign powers to further destroy another individual, Orlando Christopher Anderson©, Authorized Representative the undersigned, by such activity.

TO WIT, the above named defendants of WALTER C. WIGGINS, JENNIFER MOORE,

DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, and

SECURITY RECOVERY, INC., did WILLFULLY AND UNLAWFULLY:


COUNT 1: On or about July 18, 2005, accepted and honored a false document by the

SECURITY RECOVERY, INC. (District of Columbia Code TITLE DIVISION IV 22

SUBTITLE I CHAPTER 24 § 22-2405, unqualified statement, a felony; Title 18 USC

1001) of an undocumented, unproven liability, shown to be false by the Complainant

Affiant Orlando Christopher Anderson, Authorized Representative, to take property
without

due process of law to give it to the WALTER C. WIGGINS, JENNIFER MOORE,

DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION. DISTRICT

OF COLUMBIA OFFICIAL CODE DIVISION IV TITLE 22 SUBTITLE I.CHAPTER

32 SUBCHAPTER III § 22-3221-Fraud, DISTRICT OF COLUMBIA OFFICIAL

DIVISION IV TITLE 22 SUBTITLE I CHAPTER 18 § 22-1805a- Conspiracy to commit

crime, Title 18, Sec 241, 1961, 1962.


COUNT 2: In accepting and honoring false documentation, SECURITY RECOVERY,

INC., specifically and willingly conspired with the WALTER C. WIGGINS, JENNIFER

MOORE, and DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION

to steal the property of Orlando Christopher Anderson, Authorized Representative,

(expansion but separate count of count 1) denying Orlando Christopher Anderson,

Authorized Representative the rights of due process of law for any action against him.

The rights denied, violated or trespassed are enumerated below. Each action — denial,

violation or trespass, is a separate high crime or misdemeanor, brought together in this count as violations against the constitution. The penalty is defined under Title 18 USC Sections 3571 individually listed for subtotal tally as to the civil damages sustained by such criminal actions. RIGHTS OF THE SOVEREIGN DENIED OR VIOLATED ($100,000 each denied, violated or trespassed right listed as a misdemeanor, 18 USC 3571 defined as a felony is $250,000 for each trespass, denial or violation) secured, preserved and protected by the District of Columbia Constitution and parallel sections of the Constitution for the United States:

    1. ART I SECT I: Denied right of liberty

    2. ART I SECT I: Denied right of acquiring property, (property given directly to a foreign agent without due process of law)

    3. ART I SECT I: Denied right of possessing property, (property given directly to a foreign agent without due process of law)

    4. ART I SECT I: Denied right of defending property, (fired for demanding the proper return of property)

    5. ART I SECT I: Denied right of privacy, (giving information to a foreign agent under a guise of law)

    6. ART I SECT 2: Denied right of free speech (FIRED for demanding a proper production of certain lawful papers to validate WALTER C. WIGGINS, JENNIFER MOORE, and DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION of seizing Complainant Affiant's monies and giving it to foreign agents)

    7. ART I SECT 2: Denied right of free expression of thought, i.e., write,

publish, etc. (FIRED for expression of criminal activity in an open forum, expressed in GOOD FAITH)

8. ART I SECT 3: Denied right to redress of grievances (firing an individual for exposing such crime denies a right to redress of grievances in the forum of complaint)

9. ART I SECT 4: Denied right of liberty of conscience, (i.e. punished by being fired for exercising the liberty of conscience)

10. ART I SECT 6: Made the Plaintiff a slave or to serve government involuntarily (for exercising rights not criminal, forced to pay unproven liability, not yielding as a slave to improper and illegal demands)

11. ART I SECT 9: Enforced a bill of attainder, pains and penalties — (force to pay an unproven claim by distraint, without due process of law)

12. ART I SECT 9: Enforced an *ex post facto* law, (NO LAW)

13. ART I SECT 13: ILLEGAL SEIZURE WITHOUT WARRANT — TRESPASS — (Seized Complainant Affiant's property without warrant or lawful complaint of damages)

14. ART I SECT 15: Denied speedy trial — DENIED TRIAL — JUDGED (fired by the company for exposing and documenting a crime within the company)

15. ART I SECT 15: Denied right of defense witnesses

16. ART I SECT 15: Denied right of assistance of Counsel

17. ART I SECT 15: Denied right of reasonable defense

18. ART I SECT 15: Denied right to confront accuser, injured or damaged

party. (Complainant Affiant is the injured party by an undocumented, proven claim against the Complainant Affiant by a foreign agent and not permitted to address such false documentation.)

19. ART I SECT 15: Deprived of liberty (freedom, right of work)

20. ART I SECT 15: Deprived of property without due process of law. (Giving to a foreign agent monies of the Complainant Affiant without a lawful hearing or judgment)

21. ART I SECT 16: Deprived of right of trial by jury, for undefined wrongs, (for which Complainant Affiant was fired)

22. ART I SECT 17: Cruel or unusual punishment (being fired for exposing a crime in the company)

23. ART I SECT 19: Private property taken for public use without just compensation, conversion and theft of compensation for labor. Issue of slavery.

24. ART I SECT 23: GRAND JURY, wrongful use, not used. (NO CRIME OR WRONG HAS BEEN PROVEN AGAINST THE COMPLAINANT AFFIANT FOR WHICH SUCH LIABILITY IS CLAIMED, AND PUNISHED FOR EXERCISE OF RIGHTS)

25. ART I SECT 24: Denied right of due process

26. ART I SECT 24: Denied right of equal protection

27. ART I SECT 24: Denied speedy trial and public trial

28. ART I SECT 24: Denied right of defense witnesses

29. ART I SECT 24: Denied right of assistance of Counsel

30. ART I SECT 24: Denied right of reasonable defense

31. ART I SECT 24: Denied right to confront accuser, injured or damaged party

32. ART I SECT 24: Denied right to be free of unreasonable search and seizures (willfully taking of compensation and willfully giving it to another without proper warrant of paperwork proving liability)

33. ART I SECT 24: Cruel or unusual punishment (being fired for exposing crimes in the company)

34. ART I SECT 26: DELIBERATE, WILLFUL VIOLATION, DENIAL and REJECTION OF MANDATORY AND PROHIBITORY PROVISIONS OF THE CONSTITUTION.

35. ART I SECT 28: Denied defense evidence

36. ART II SECT 1: Usurpation of Political power (acting in Conspiracy with the Franchise Tax Board and IRS agents, outside the lawful adjudication procedure of courts)

37. ART III SECT 6: Denied right of action in the Courts before acting against the Complainant Affiant. (Being found guilty of an undefined crime, punished without due process and fired for complaining about such abuses before any action is commenced.)

Thirty-seven (37) actions of high crimes and misdemeanors in a single count of

conspiracy. All are listed as misdemeanors ($100,000). An elected official in government

doing this things would be charged as felonys ($250,000),

18 USC 3571.

Subtotal of damages in Count 2: $9,250,000 (37 x $250,000)

COUNT 3: On or about July 18, 2005, WALTER C. WIGGINS, JENNIFER MOORE,

and DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION fully and

willfully ignored proper notices (Complainant Affiant's "REFUSED FOR CAUSE

WITHOUT DISHONOR" LETTER attached) of a crime taking place, compounding the

crimes, by SECURITY RECOVERY, INC.. Such action caused days missing work, a

damage of $2,000.00 for at least 5 days (former compensation increased 5% each year for

5 years), being denied work by others because of such action — firing. DISTRICT OF

COLUMBIA OFFICIAL CODE DIVISION IV TITLE 22 SUBTITLE I CHAPTER 7

SUBCHAPTER I § 22-704. Corrupt influence; officials; District of Columbia Code

DIVISION IV Tiltle 22 SUBTITLE I Chapter 18 § 22-1805a. Conspiracy to commit

crime; DISTRICT OF COLUMBIA OFFICIAL CODE DIVISION IV TITLE 22

SUBTITLE I CHAPTER 32 SUBCHAPTER III-B § 22-3226.02. Civil penalty is defined

in 18 USC 1964 — triple damages.

By such repeated actions by WALTER C. WIGGINS, JENNIFER MOORE, DISTRICT

GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, and SECURITY

RECOVERY, INC. and the DISTRICT GOVERNMENT EMPLOYEES FEDERAL

CREDIT UNION Agents, a criminal conspiracy is established of fraud, extortion, theft and RACKETEERING and acts of SEDITION AND TREASON.

The specified penalty (civil) damages for crimes committed are as listed on the TABLE OF CRIMES on the following pages, drawn from the civil penalties as specified in the Criminal Codes. Undefined crimes (Constitutional violations not listed in the Criminal Code) are set by Title 18, United States Criminal Code Sections 3571. Felonies are set at $250,000 and misdemeanors at $100,000 for each offense by each officer or official. Accounting of damages are tallied as follows:

## ACCOUNTING OF DAMAGES SUSTAINED

### PARTIAL TABLE OF CRIMES

| Nature of crime | Damage Penalty | Authority of damages |
|---|---|---|
| FRAUD | $***10,000 | 18 USC 1001 |
| EXTORTION | $****5,000 | 18 USC 872 |
| 4 of counts of GRAND THEFT from count 3 (Felony) (18 USC 2112) 4 x $250,000 | $*1,000,000 | 18 USC 3571, 3623 |
| CONSPIRACY | $***10,000 | 18 USC 241 |
| RACKETEERING(Criminal) | $***25,000 | 18 USC 1963 |

SUBTOTAL  $*1,050,000

RACKETEERING (Civil) [Lost salary, lost pay, monies from bank account, credit union,

whatever the ACTUAL DAMAGES are that can be proven multiple by 3 — triple

damages.]

$25,000 x3 = $75,000 18 USC 1964

* * * * * * * * *

| | |
|---|---|
| 37 Constitutional violations from Count 2........ | $9,250,000.00 |
| Partial Table total........... | $1,050,000.00 |
| Racketeering civil penalties.. | $***77,000.00 |
| Demand for Action in Replevin | $***46,665.48 |
| GRAND TOTAL OF DAMAGES | $10,423,665.48 |

* * * * * * * * *

## REQUEST FOR REMEDY AND RELIEF REQUIRED BY LAW

All facts and law to be considered, Plaintiff/Creditor requests the Court to take Constructive, Administrative and Judicial Notice of the official record now before it, and accordingly issue the following Immediate **Remedy and Relief** that is required by law:

1. Remedy Requested:

pursuant to DC CODE DIVISION II TITLE 16 CHAPTER 37 § 16-3703,

according to affiant's information and belief, the plaintiff/creditor is entitled to recover possession of chattels proposed to be replevied, being the same described in the complaint.

2. Relief Requested:

A. Plaintiff/Creditor request that defendants return goods and chattels, which plaintiff /creditor perfected security interest in said goods and chattels, which goods and chattels were not subject to the seizure or detention and were not taken upon a writ of replevin between the parties.

B. Plaintiff/Creditor request that the defendants pay damages in the amount of $10,423,665.48 for their wrongdoings and inconvenience to the plaintiff/creditor.

C. Plaintiff/Creditor request that LAWRENCE H. MIREL, INSURANCE COMMISSIONER locate the **Replevin Bond** and all **Bonds** underwritten for said goods; Black Sand Pearl 2003 Toyota Corolla-S 4-door sedan VIN 1NXBR32E83Z078026.

3. Further Declarative and Injunctive Relief Requested:

A. Plaintiff/Creditor requests that the court order the defendants to correct the plaintiffs accounting for ACCOUNT NO. 3872759-50, adjusting the credit, and removing all negative accounting with all credit reporting agencies.

B. Plaintiff/Creditor requests the court to **subpoena duces tecum** the defendants to produce the Following; Electronic Funds Transfers receipts; Back-end Data Base receipts; for ACCOUNT NO. 3872759-50; and all INTERNAL REVENUE SERVICE documents used for ACCOUNT NO. 3872759-50.

C. Plaintiff/Creditor requests that the court order the defendants to file a Notice of Lis Pendens for public record for said goods; **Black Sand Pearl 2003 Toyota Corolla-S 4-door sedan VIN 1NXBR32E83Z078026.**


This Complaint in Replevin is signed *within the united States of America* and *without the united States* (28 USC 1746 (1)) under law for the united States of America, with explicit reservation of all my *Sovereign* unalienable rights without prejudice (UCC 1-207). All facts herein stated are true and admissible as evidence if not rebutted and proved inaccurate.


The undersigned Complainant Affiant, Orlando Christopher Anderson, Creditor/Secured Party, declares under penalties of bearing a false witness that the complaint as stated herein is true, correct and certain, now a matter of public record, a standard operating procedure of the DISTRICT OF COLUMBIA and the conspiracy demonstrated, by personal experience. (exhibits attached)

Exhibits:

UCC 1 FINANCING STATEMENT

"REFUSED FOR CAUSE WITHOUT DISHONOR" LETTER and

VERIFIED AFFIDAVIT IN THE TRUTH, other exhibits; i.e., of off-

point no responses

DATED: September 19, 2005

Respectfully submitted,

Orlando Christopher Anderson©

By: *(signature)* ©

: Orlando-Christopher: Anderson©, *Sui Juris, In Propria Persona,* and *Sovereign* (UCC 1-207)

c/o:  103 G Street, South West, #B-410,

at Washington,

on the State of District of Columbia (a State of the perpetual Union)

within the united States of America [a *Republic]*

Phone:  202-863-2120

Attorney in Fact

WITNESS my hand this 19th day of September, 2005
/s/ : _Orlando Christopher Anderson_
Orlando Christopher Anderson, SUI JURIS

STATE OF DISTRICT OF COLUMBIA )
                                                        ) :ss
CITY OF WASHINGTON )

On this 19th day of September, 2005, before me, YVONNE M. BRADY, the undersigned Notary Public in and for the State of District of Columbia, appeared Orlando Christopher Anderson personally known to me, or proved to me on the basis of satisfactory evidence, to be the person whose name is subscribed within this instrument and acknowledged to me that he executed the same in his authorized capacities, and that his signature on this instrument is true, correct and certain. Witness my hand and official seal:

SEAL OF NOTARY

/s/ _Yvonne M. Brady_
SIGNATURE OF NOTARY PUBLIC

YVONNE M. BRADY
Notary Public, District of Columbia
My Commission Expires July 14, 2006

ID: 0001B4526
DOC#: 0000794686
DA    7-03-2003 08:55
AM    7-03-2003 08:55 AM
AM    AID:$117.00

Exhibit A

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Orlando Anderson
c/o 103 G Street, South West, #B-410
Washington, DC near 20024

2003 JUL 26  P 2: 22

CASE MANAGEMENT BRANCH

FILED

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION'S NAME | | | | |
| ORLANDO CHRISTOPHER ANDERSON (CORPORATION SOLE) | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 103 G STREET, SOUTH WEST, #B-410 | WASHINGTON | DC | 20024 | US |

| 1d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION CORP SOLE | 1f. JURISDICTION OF ORGANIZATION DISTRICT OF COLUMBIA | 1g. ORGANIZATIONAL ID #, if any 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 | ☐ NONE |
|---|---|---|---|---|---|

2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION'S NAME | | | | |
| OR 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | | MIDDLE NAME | SUFFIX |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

| 2d. TAX ID #: SSN OR EIN | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any | ☐ NONE |
|---|---|---|---|---|---|

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION'S NAME | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME Anderson | FIRST NAME Orlando | MIDDLE NAME Christopher | | SUFFIX |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| c/o 103 G Street, South West, #B-410 | Washington | DC | Near 20024 | US |

4. This FINANCING STATEMENT covers the following collateral:

Interest in the property registered in the State of the District of Columbia to ORLANDO CHRISTOPHER ANDERSON
identified as a 2003 black Toyota Corolla-S car  VIN  1NXBR32E83Z078026  Value $ 15,555.16
bank account # 0019 2341 8257 at Bank of America of the District of Columbia
Interest held in the name of ORLANDO CHRISTOPHER ANDERSON in all other property identified in the Security
Agreement between the secured party and the debtor named above, dated August 12, 2003, evidencing previous
value and services given by the secured party to the debtor.
This Statement is filed without the debtor's signature to perfect interest in collateral already subject to a security
interest in another jurisdiction when it was brought into this state.
Filed with:    State of Maryland    Secretary of State    UCC Division
Date filed:    November 7, 2002
Filing Number:    181135307
Proceeds of collateral are also covered. . Products of collateral are also covered.

| 5. ALTERNATIVE DESIGNATION [if applicable]: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS.  Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors ☐ Debtor 1 ☐ Debtor 2 | | |

8. OPTIONAL FILER REFERENCE DATA

Secured Party:

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT (FORM UCC1) (REV. 07/29/98)

---

STATE OF MARYLAND

I hereby certify that this is a true and complete copy of the 2
page document on file in this office. DATED: 7/22/05

STATE DEPARTMENT OF ASSESSMENTS AND TAXATION

BY: _Sherry T. Pretlow_ , Custodian

This stamp replaces our previous certification system. Effective: 6/05

05 1852

FILED

SEP 1 9 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

** EXPEDIT    SERVICE **    ** KEEP WITH    CUMENT **

| TRANSACTION TYPE | FEES REMITTED |
|---|---|
| ✓ Expedited Fee | $50.00 |
| ✓ UO - Original Financing Statement | $25.00 |
| UOA - Original Financing Statement With Assignment | $25.00 |
| UOTU - Original Financing Statement Transmitting Utility | $25.00 |
| UMA - Amendment | $25.00 |
| UMDA - Amendment - Debtor Added | $25.00 |
| UMDC - Amendment - Debtor Name Change | $25.00 |
| UMDD - Amendment - Debtor Deleted | $25.00 |
| UMSA - Amendment - Secured Party Added | $25.00 |
| UMSC - Amendment - Secured Party Name Change | $25.00 |
| UMSD - Amendment - Secured Party Deleted | $25.00 |
| UMC - Amendment - Continuation | $25.00 |
| UMT - Amendment - Termination | $25.00 |
| UMZ - Amendment - Assignment | $25.00 |
| UMZP - Amendment - Partial Assignment | $25.00 |
| UMCS - Amendment - Correction Statement | $25.00 |
| UOMH - Manufactured Home - Original Financing Statement | $25.00 |
| UOPF - Public Finance - Original Financing Statement | $25.00 |
| ✓ Documents Nine (9) Pages or More | $75.00 |
| ✓ Certified Copies | |
| Plain Copies | |

TOTAL FEES: $117.00

## NO FEE TRANSACTION TYPES

- URC - Copies
- UNCP - Void - Non-Payment
- UCC - Cancellation
- UCR - Reinstatement
- UCO Departmental Action
- UCREF - Refund Recordation Tax
- UCIS - Incorrect ID Number
- XOVRU - UCC Overrides
- UMFC - Filing Office Correction Statement

## METHOD OF PAYMENT

Cash ✓    Check _____    Credit Card _____

Number of Checks _____

COMMENT(S):

---

RECORDED ON 10/03/2003 AT 08:27 AM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION.
WO # 0000704686 ; ACK # 1000381968901805
ORIGINAL FILE NUMBER: 0000000181105002
LIBER: U06286 FOLIO: 2407 PAGES: 0002
RECORDING FEE:                     25.00
EXPEDITED FEE:                     70.00

_____ Other Change(s)

_____

_____

_____

Code _____

Attention: _____

Mail to Address:

ORLANDO ANDERSON
103 S STREET, SOUTH WEST, NO-418
WASHINGTON                DC 20024

Stamp Work Order and Customer Number HERE