UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

: Orlando-Christopher: Anderson©,    )
                                     )
Plaintiff,                           )
                                     )
V.                                   )   CIVIL ACTION NO. 05-1852-RJL
                                     )
WALTER C. WIGGINS, et al.            )
                                     )
DEFENDANTS                           )

### AFFIDAVIT OF SERVICE

I, Orlando C. Anderson, hereby declare that on the 20th of September 20 05, I mailed a copy of the summons and complaint, registered mail return receipt requested, to SECURITY RECOVERY, INC. Attached hereto is the green card acknowledging service.

[Attached green card / PS Form 3811 Domestic Return Receipt]
- Article Addressed to: Linda G. Raines, Security Recovery Inc, 1101 HENGEMIHLE AVENUE, BALTIMORE, MD 21221
- Service Type: Registered, Restricted Delivery: Yes
- Article Number: RB 697 507 46T US
- Date of Delivery: 9/22

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120

RECEIVED
SEP 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

: Orlando-Christopher: Anderson©,       )
                                         )
Plaintiff,                               )
                                         )
V.                                       )   CIVIL ACTION NO. 05-1852-RJL
                                         )
WALTER C. WIGGINS, et al.                )
                                         )
DEFENDANTS                               )

## AFFIDAVIT OF SERVICE

I, Orlando C. Anderson, hereby declare that on the 20th of September 20 05, I mailed a copy of the summons and complaint, registered mail return receipt requested, to LINDA G. RAINES. Attached hereto is the green card acknowledging service.

[Green card return receipt attached:
- Article Addressed to: Linda G Raines, 1101 HENGEMIHLE AVE., BALTIMORE, MD 21221
- Service Type: Registered, Restricted Delivery: Yes
- Article Number: RB 6975074345 US
- PS Form 3811, February 2004, Domestic Return Receipt]

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120

RECEIVED
SEP 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

: Orlando-Christopher: Anderson©,       )
                                        )
Plaintiff,                              )
                                        )
V.                                      )   CIVIL ACTION NO. 05-1852-RJL
                                        )
WALTER C. WIGGINS, et al.               )
                                        )
DEFENDANTS                              )

**AFFIDAVIT OF SERVICE**

I, Orlando C. Anderson, hereby declare that on the 20th of September 2005, I mailed a copy of the summons and complaint, registered mail return receipt requested, to LAWRENCE H. MIREL. Attached hereto is the green card acknowledging service.

[Green card / PS Form 3811 Domestic Return Receipt attached, addressed to: Lawrence H. Mirel, 810 First Street, NE, Suite 701, Washington, DC 20002. Article Number: RB697507426US]

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120

RECEIVED
SEP 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

: Orlando-Christopher: Anderson©,    )
                                     )
Plaintiff,                           )
                                     )
V.                                   )   CIVIL ACTION NO. 05-1852-RJL
                                     )
WALTER C. WIGGINS, et al.            )
                                     )
DEFENDANTS                           )

AFFIDAVIT OF SERVICE

I, Orlando C. Anderson, hereby declare that on the 20th of September 20 05, I mailed a copy of the summons and complaint, registered mail return receipt requested, to DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION.

Attached hereto is the green card acknowledging service.

[Green card / PS Form 3811 Domestic Return Receipt attached, addressed to:
Walter C. Wiggins
DISTRICT GOVT. EMPLOYEES FCU
2000 14th St NW
2ND FLOOR
Washington, DC 20009
Article Number: RB 697 507 457 US]

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120

RECEIVED
SEP 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

: Orlando-Christopher: Anderson©,        )
                                         )
Plaintiff,                               )
                                         )
V.                                       )   CIVIL ACTION NO. 05-1852-RJL
                                         )
WALTER C. WIGGINS, et al.                )
                                         )
DEFENDANTS                               )

## AFFIDAVIT OF SERVICE

I, Orlando C. Anderson, hereby declare that on the 20th of September 20 05, I mailed a copy of the summons and complaint, registered mail return receipt requested, to WALTER C. WIGGINS. Attached hereto is the green card acknowledging service.

[Attached Domestic Return Receipt (PS Form 3811) addressed to:
Walter C. Wiggins
2000 14th ST. NW 2ND FLOOR
Washington, DC 20009
Service Type: Registered; Restricted Delivery: Yes
Article Number: RB 697 507 4304 5]

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120

RECEIVED
SEP 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

: Orlando-Christopher: Anderson©, )
)
Plaintiff, )
)
V. ) CIVIL ACTION NO. 05-1852-RJL
)
WALTER C. WIGGINS, et al. )
)
DEFENDANTS )

AFFIDAVIT OF SERVICE

I, Orlando C. Anderson, hereby declare that on the 20th of September 2005, I mailed a copy of the summons and complaint, registered mail return receipt requested, to JENNIFER MOORE. Attached hereto is the green card acknowledging service.

[Green card receipt attached: Article Addressed to: Jennifer Moore, 2000 14th ST. NW 2ND FLOOR, Washington, DC 20009. Service Type: Registered. Article Number: RB 697 507 412 US]

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120

RECEIVED
SEP 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT