UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| :Orlando-Christopher: Anderson©,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Walter C. Wiggins, et al.  )<br>  )<br>  Defendants.  )<br>_____)  | Case No.: 1:05CV01852<br>Judge: Richard J. Leon |

**DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, WALTER C. WIGGINS AND JENNIFER MOORES' MOTION TO DISMISS**

The Court should dismiss this complaint against Jennifer Moore under Rule 12(b) because she was not properly served with the Summons and Complaint. In addition, the Complaint against District Government Employees Federal Credit Union (the "Credit Union"), Walter C. Wiggins, and Jennifer Moore should be dismissed under Rule 12(b) as the Plaintiff has failed to state a federal claim upon which relief may be granted. The reasons for this motion are set forth in greater particularity in the accompanying Memorandum of Points and Authorities in Support of Their Motion to Dismiss.

Respectfully submitted,

    /s/ Amy S. Owen
Amy S. Owen (Bar #411601)
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Phone: (703) 847-4480
Fax: (703) 847-4499
Counsel for District Government
Employees Federal Credit Union,
Walter C. Wiggins, and Jennifer Moore

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of District Government Employees Federal Credit Union, Walter C. Wiggins, and Jennifer Moores' Motion to Dismiss was served via first class mail, postage prepaid to the following:

:Orlando-Christopher: Anderson©
103 G Street, S.W., #B-410
Washington, D.C. 20024

    /s/ Amy S. Owen
Amy S. Owen