## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

:Orlando-Christopher: Anderson©,    )
                                )
    **Plaintiff,**             )     **Case No.: 1:05CV01852**
                                )     **Judge: Richard J. Leon**
v.                             )
                                )
Walter C. Wiggins, et al.      )
                                )
    **Defendants.**          )

### AFFIDAVIT OF CARLA M. DECKER

I, Carla M. Decker, hereby state and affirm that the following is true and accurate to the best of my knowledge and belief.

1.     I am the President of District Government Employees Federal Credit Union (the "Credit Union").

2.     The Credit Union is located at 2000 14th Street, N.W in Washington D.C.

3.     Jennifer Moore was employed by the Credit Union. Her last day of employment was September 14, 2005.

4.     The Credit Union received service of this complaint by certified mail at 2000 14th Street, N.W.

5.     A credit union representative signed for the certified mail to Jennifer Moore at 2000 14th Street, N.W. because the Credit Union assumed the correspondence was being sent to her in her official capacity.

6.     On the date the certified mail was received, Jennifer Moore was not residing at 2000 14th Street, N.W., nor was she an employee of the Credit Union.

_____

Carla M. Decker

DISTRICT OF COLUMBIA :

I, the undersigned, a Notary Public in and for the aforesaid jurisdiction, do hereby certify that CARLA M. DECKER, whose name is signed to the foregoing Affidavit, has signed and acknowledged the same before me in my said jurisdiction.

Given under my hand and seal this 11th day of October 2005.

_Sidney W. Williams III_
Notary Public

Sidney W. Williams, III
Notary Public, District of Columbia
My Commission Expires: My Commission Expires 7/31/2010