UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| :Orlando-Christopher: Anderson©, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>Walter C. Wiggins, et al. )<br>)<br>    Defendants. )<br>_____ ) | Case No.: 1:05CV01852<br>Judge: Richard J. Leon |

**ORDER**

Upon consideration of Defendants District Government Employees Federal Credit Union, Walter C. Wiggins, and Jennifer Moores' Motion to Dismiss, the opposition thereto, and the record hereto, it is hereby

**ORDERED**, that Defendants' Motion to Dismiss is granted, and it is hereby

**ORDERED**, this case be dismissed with prejudice.

_____      _____
Date             Judge Richard J. Leon
               United States District Court

Copies to:

Amy S. Owen (Bar #411601)
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA  22182
Counsel for District Government Employees
Federal Credit Union, Walter C. Wiggins, and
Jennifer Moore

:Orlando-Christopher: Anderson©
103 G Street, S.W., #B-410
Washington, D.C. 20024

:Orlando-Christopher: Anderson©
103 G Street, S.W., #B-410
Washington, D.C. 20024