## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| : Orlando-Christopher: Anderson©,<br>Plaintiff, | )<br>)<br>) |
| V. | )    CIVIL CASE NO. 05cv1852 (RJL)<br>) |
| WALTER C. WIGGINS, et al.<br>DEFENDANTS | )<br>)<br>) |

### PLAINTIFF'S OPPOSITON TO DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, WALTER C. WIGGINS, AND JENNIFER MOORES' THEIR MOTION TO DISMISS

The Court should not dismiss this Complaint in Replevin against JENNIFER

MOORE because under DISTRICT of COLUMBIA *Rule 4 (c) (3) she was properly

served with the Summons and Complaint in Replevin. In addition, the Complaint against

DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION (the

"CREDIT UNION"), WALTER C. WIGGINS, AND JENNIFER MOORE should not be

dismissed under *DC CODE DIVISION II TITLE 16 CHAPTER 37 and *18 USC §

1001, § 241, § 1961, and § 1962 as the Plaintiff has stated a Federal Claim upon which

relief may be granted. The reasons for this Plaintiffs' Opposition to DISTRICT

GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, WALTER C. WIGGINS,

AND JENNIFER MOORES' their Motion to Dismiss are greater particularly in the

accompanying Plaintiffs' Memorandum of Points and Authorities in Opposition to

DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, WALTER C.

WIGGINS, AND JENNIFER MOORES' their Motion to Dismiss.

DATED: October 21, 2005

Respectfully submitted,

: Orlando-Christopher: Anderson©

By: _____ ©
: Orlando-Christopher: Anderson©
103 G Street, South West, # B-410
Washington, District of Columbia [20024]
Phone: 202-863-2120
Attorney in Fact

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this <u>21st day of October 2005,</u> copies of the foregoing
PLAINTIFF'S OPPOSITON TO DISTRICT GOVERNMENT EMPLOYEES
FEDERAL CREDIT UNION, WALTER C. WIGGINS, AND JENNIFER MOORES'
THEIR MOTION TO DISMISS, was mailed to first class, postage prepaid to:

Amy S. Owen (Bar #411601)
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA. 22182
Counsel for DISTRICT GOVERNMENT EMPLOYEES
FEDERAL CREDIT UNION, WALTER C. WIGGINS,
AND JENNIFER MOORE

:Orlando-Christopher: Anderson©
Secured Party/Creditor

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| : Orlando-Christopher: Anderson©, | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL CASE NO. 05cv1852 (RJL) |
| | ) | |
| WALTER C. WIGGINS, et al. | ) | |
| DEFENDANTS | ) | |

**PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN**
**OPPOSITON TO DISTRICT GOVERNMENT EMPLOYEES FEDERAL**
**CREDIT UNION, WALTER C. WIGGINS, AND JENNIFER MOORES' THEIR**
**MOTION TO DISMISS**

JENNIFER MOORE ("MOORE"), the DISTRICT GOVERNMENT

EMPLOYEES FEDERAL CREDIT UNION, and WALTER C. WIGGINS (hereinafter

collectively referred to as the "CREDIT UNION DEFENDANTS"), by the Plaintiff.

This Complaint in Replevin brought to the Court by the Plaintiff against the

Defendants' pursuant to DC CODE DIVISION II TITLE 16 CHAPTER 37 § 16-3703

REPLEVIN and USC 18 for wrongfully taking and detaining Plaintiffs' goods and

chattels illegally through criminal elements and Fraud, which the Plaintiff has perfected

security interest in said goods and chattels, Black Sand Pearl 2003 Toyota Corolla-S 4-

door sedan VIN 1NXBR32E83Z078026.

All Defendants' in this Complaint were properly served as a record was filed with

the Clerk of the Court, on September 28, 2005. JENNIFER MOORE was served at the

last known address. The Plaintiff, Orlando-Christopher: Anderson©, does in fact

have standing to bring this Action as Creditor of said goods and chattels wrongfully taken

and detained.

The Federal Claim exists from the Fraud perpetrated by the Defendants' through

SECURITY RECOVERY, INC., WALTER C. WIGGINS and JENNIFER MOORE.

Several of the Plaintiffs' Constitutional Rights were violated; Denied right of Due

Process of Law; Fraud- Permitting shown from demonstrated acts of fraud and actively

participated in a scheming conspiracy of untruths and misrepresentations to deceive those

who entrusted themselves in dealing in good faith, while specifically acting in deliberate

bad faith when such fraud was shown, *District of Columbia Code DIVISION IV Tiltle

22 Chapter 32 Subchapter III § 22-3221; 18 USC 1001.

DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION,

WALTER C. WIGGINS, and JENNIFER MOORE contends in their MOTION TO

DISMISS that Plaintiff has failed to state a Federal Claim upon which relief may be

granted, and there was insufficiency of Service of Process upon JENNIFER MOORE.

## FACTS

On July 18th, A.D. 2005, SECURITY RECOVERY, INC. at the direction of

WALTER C. WIGGINS, JENNIFER MOORE, and DISTRICT GOVERNMENT

EMPLOYEES FEDERAL CREDIT UNION illegally tokc possession of said goods and

chattels which the Plaintiff has perfected security interest; Black **Sand Pearl 2003**

**Toyota Corolla-S 4-door sedan** VIN **1NXBR32E83Z078026** from private property,

*Verified Affidavit in the Truth ¶ 1, 2, 3, 8. After attempting to locate the whereabouts

of said goods and chattels, upon investigation the Plaintiff was told by JENNIFER

MOORE that the goods and chattels were stored in SECURITY RECOVERY, INC.

BALTIMORE, MARYLAND without a Court Order, *Verified Affidavit in the Truth

¶ 9, 10.

# ARGUMENT

## I.    JENNIFER MOORE was properly served

CREDIT UNION DEFENDANTS' contends that JENNIFER MOORE was not

properly served because a copy of the Summons and Complaint was sent Certified Mail

to the CREDIT UNIONS' Office in the District of Columbia.  CREDIT UNION

DEFENDANTS' also contends that was not proper Service on an individual and that

MOORE was no longer employed by the CREDIT UNION on September 20, 2005, when

a copy of the Summons and Complaint were mailed.  CREDIT UNION DEFENDANTS'

also contends, that MOORE was not personally served nor was she a resident of  2000

14TH STREET, NORTH WEST which would have allowed service through Certified

Mail under D.C. Rule 4(c) (3).  And furthermore, Credit Union Members do not have

access to the CREDIT UNION employees' place of resident.

On September 20, 2005, I, Orlando-Christopher: Anderson©, Plaintiff, mailed a

copy of the Complaint and Summons served on JENNIFER MOORE Registered Mail,

Restricted Delivery, Return Receipt requested PS Form 3811, RB 697 507 412 US at

2000 14th Street, North West, 2nd Floor, Washington, District of Columbia 20009, the last

available known address.

On September 21, 2005, a PS Form 3811 Return Receipt RB 697 507 412 US,

addressed to JENNIFER MOORE was signed by WALTER C. WIGGINS executing

Process of Service of the Complaint and Summons on MOORE.  If in fact MOORE was

no longer employed by the CREDIT UNION, why would WALTER C. WIGGINS sign a

Restricted Delivery, Registered Mail, Return Receipt requested PS Form 3811 article

addressed to JENNIFER MOORE. WALTER C. WIGGINS in fact signed PS Form

3811's for all of the CREDIT UNION DEFENDANTS'.

On July 18, 2005, when the Plaintiffs' said goods and chattels; 2003 Toyota

Corolla-S VIN 1NXBR32E83Z078026, that was wrongfully taken and detained

without a Court Order, MOORE was employed by DISTRICT GOVERNMENT

FEDERAL CREDIT UNION, and in the events that occurred MOORE was a key

Character. Accordingly, MOORE should not be dismissed from this Complaint.

## II.    Plaintiff has Standing to bring this Action

CREDIT UNION DEFENDANTS' contends that this Action arises from the

CREDIT UNIONS' repossession of Orlando Christopher Anderson's 2003 Toyota

Corolla. CREDIT UNION DEFENDANTS' also contends the makes of a distinction that

the Plaintiff is actually ": Orlando-Christopher: Anderson©", Authorized Representative.

And that the Plaintiff provides no facts explaining this distinction or establishing his

Standing to bring this Action. CREDIT UNION DEFENDANTS' also contends that a

reference to the Secured Loan was given to Orlando Christopher Anderson in the

Complaint. CREDIT UNION DENDANTS' also contends the Plaintiff is trying to sue as

a company, and not individually that the Plaintiff lacks Standing to bring the Action.

The Plaintiff brings this Action pursuant to *DISTRICT OF COLUMBIA OFFICIAL CODE DIVISION II TITLE 16 CHAPTER 37. This Complaint arises from the return of property; 2003 Toyota Corolla-S VIN 1NXBR32E83Z078026, wrongfully taken and detained without a Court Order. The Plaintiff does not make a distinction about the Sovereigns' spelling of his Flesh and Blood name. There are no references to a Secured Loan giving to Orlando Christopher Anderson noted in Complaint in Replevin. The Plaintiff is not trying to sue as a Company or as a Union.

## III.     Federal Claim Exists

Plaintiffs' Complaint in Replevin contains three counts which Plaintiff seeks Relief. All counts are warranted and properly raise a Federal Question permitting Jurisdiction in this Court. Accordingly, the Complaint should not be dismissed.

### A.     Count I – Accepting and honoring a False Document by SECURITY RECOVERY, INC.

Plaintiff Seek Relief under § 1001, § 241, § 1961, and § 1962 of Title 18 of the United States Code, all which in fact to be considered Fraud, and taking property without Due Process of the Law.

The CREDIT UNION DEFENDANTS' action of wrongfully taking the Plaintiffs' Property and Racketeering is established in fact, by the CREDIT UNION DEFENDANTS' through SECURITY RECOVERY, INC. by wrongfully taken possession of Plaintiffs' said goods and chattels without the Plaintiffs' consent, and by receiving automatic payroll deductions from the Plaintiffs after committing GRAND THEFT, *see 18 USC § 1001, § 241, § 1961, and § 1962.

**B.    Count II – Constitutional Violations**

Plaintiffs' extensive list of alleged Constitutional Violations are with merit and SECURITY RECOVERY, INC., specifically and willingly conspired with CREDIT UNION DEFENDANTS' to steal the property of the Plaintiffs' (expansion but separate count of count 1) denying Plaintiff the rights of Due Process of Law for any action against him. The CREDIT UNION DEFENDANTS' are trying to divert the Courts' focus of the Facts in this Complaint in Replevin by citing, "In this Circuit, a Complaint should be dismissed if Plaintiff can prove no set of Facts in support of his Claim that would entitle him to relief, and the Court does not have to accept Plaintiffs' inferences if they are unsupported by or do not logically flow from the Facts set out in the Complaint." That cite has nothing to do with the Facts in this Complaint, the CREDIT UNION DEFENDANTS' through SECURITY RECOVERY, INC. wrongfully toke and detained the Plaintiffs' said goods and chattels, without his consent. The penalty is defined under *Title 18 USC Sections 3571 individually listed for subtotal tally as to the civil damages sustained by such criminal actions. RIGHTS OF THE SOVEREIGN DENIED OR VIOLATED ($100,000 each denied, violated or trespassed right listed as a misdemeanor, *18 USC 3571 defined as a felony is $250,000 for each trespass, denial or violation) secured, preserved and protected by the District of Columbia Constitution and parallel sections of the Constitution for the United States. As such, the Complaint in Replevin should not be dismissed.

### C.    Count III – Ignorance of Proper Notice

CREDIT UNION DEFENDANTS' fully and willfully ignored proper notices (Complainant Affiant's "REFUSED FOR CAUSE WITHOUT DISHONOR" LETTER attached) of a crime taking place, compounding the crimes, by SECURITY RECOVERY, INC. *DISTRICT OF COLUMBIA OFFICIAL CODE DIVISION IV TITLE 22 SUBTITLE I CHAPTER 7 SUBCHAPTER I § 22-704; *DISTRICT OF COLUMBIA OFFICIAL CODE DIVISION IV TITLE 22 SUBTITLE I  Chapter 18 § 22-1805a; *DISTRICT OF COLUMBIA OFFICIAL CODE DIVISION IV TITLE 22 SUBTITLE I CHAPTER 32 SUBCHAPTER III-B § 22-3226.02. *Civil penalty is defined in 18 USC 1964 — triple damages.  By such repeated actions by WALTER C. WIGGINS, JENNIFER MOORE, DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, and SECURITY RECOVERY, INC. and the DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION Agents, a criminal conspiracy is established of fraud, extortion, theft and RACKETEERING and acts of SEDITION AND TREASON.  And none of the DEFENDANTS' including CREDIT UNION DEFENDANTS has not ANSWERED in this Complaint in Replevin, as of yet.  As such, and as described above, the Plaintiff move for Default Judgment against all of the DEFENDANTS including CREDIT UNION DEFENDANTS, and that the Plaintiffs' third count should not be dismissed.

## IV.    **Conclusion**

For the reasons stated above, Plaintiff moves that the Court deny DISTRICT

GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, WALTER C. WIGGINS,

AND JENNIFER MOORES' their Motion to Dismiss and grant Default Judgment in

favor of the Plaintiff against all DEFENDANTS including CREDIT UNION

DEFENDANTS.

DATED: October 21, 2005

Respectfully submitted,

: Orlando-Christopher: Anderson©

By: _____

: Orlando-Christopher: Anderson©
103 G Street, South West, # B-410
Washington, District of Columbia [20024]
Phone: 202-863-2120
Attorney in Fact

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this <u>21st day of October 2005,</u> copies of the foregoing
PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITON
TO DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION,
WALTER C. WIGGINS, AND JENNIFER MOORES' THEIR MOTION TO DISMISS,
was mailed to first class, postage prepaid to:

Amy S. Owen (Bar #411601)
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA. 22182
Counsel for DISTRICT GOVERNMENT EMPLOYEES
FEDERAL CREDIT UNION, WALTER C. WIGGINS,
AND JENNIFER MOORE

:Orlando-Christopher: Anderson©
Secured Party/Creditor



# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

: Orlando-Christopher: Anderson©,        )
Plaintiff,                               )
                                         )
V.                                       )    CIVIL CASE NO. 05cv1852 (RJL)
                                         )
WALTER C. WIGGINS, et al.                )
DEFENDANTS                               )

## VERIFIED AFFIDAVIT IN THE TRUTH
## IN SUPPORT OF PLAINTIFF'S MEMORANDUM OF POINTS AND
## AUTHORITIES IN OPPOSITON TO DISTRICT GOVERNMENT EMPLOYEES
## FEDERAL CREDIT UNION, WALTER C. WIGGINS, AND JENNIFER
## MOORES' THEIR MOTION TO DISMISS

By:        Me, addressee: Orlando-Christopher: Anderson©, family of Anderson, sovereign

           [c/o  103 G Street, South West, # B-410 city of Washington, District of Columbia]

Notice for:    Walter C. Wiggins, d/b/a WALTER C. WIGGINS, COLLECTIONS MANAGER

           Jennifer Moore, d/b/a JENNIFER MOORE, COLLECTIONS SPECIALIST

           Lawrence H. Mirel, d/b/a LAWRENCE H. MIREL, INSURANCE COMMISSIONER

           Linda G. Raines, d/b/a LINDA G. RAINES, PRESIDENT, SECURITY RECOVERY, INC.

           c/o DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION

           2000 14th Street, North West, 2nd Floor

           Washington, District of Columbia  20009

           via Certified Mail: 7001 1940 0006 0305 8587

Notice for:    CLERK OF THE COURT, for placing in the sovereign's folder for public notice

           c/o UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUBMBIA-AT-

           LAW NO. _____

           333 Constitution Avenue, North West

           Washington, District of Columbia  20001

           via Certified Mail: 7001 1940 0006 0305 8570

**The following "Verified Affidavit in the Truth" is made explicitly under reserve and without**

recourse, and I hereby and herein <u>claim</u> my right to common law jurisdiction and <u>refuse</u> statutory jurisdiction and/or admiralty jurisdiction.

In the matter of:   Civil Action No. 05cv1852-RJL

§   The united States of America, the perpetual
§
§    union of sovereign states combined
§
§    to form a constitutional republic
§
SS. §   on the soil of District of Columbia, a sovereign state
§
§    within the perpetual union of states
§
§    at the sovereign city of Washington

A matter must be expressed to be resolved. In commerce, truth is sovereign. Truth is expressed in the form of an affidavit. An unrefuted affidavit stands as truth in commerce. An unrefuted affidavit becomes the judgment in commerce. A Verified Affidavit in the Truth, under established commercial law, can only be satisfied: (1) by a rebuttal Verified Affidavit in the Truth; or, (2) by payment; or, (3) by agreement; or, (4) by resolution by a jury of twelve justices in the District of Columbia Superior Court of Record. The following "Verified Affidavit in the Truth" is an instrument in commerce. Commerce operates in truth. I am expressing truth by the following "Verified Affidavit in the Truth". Demand for truth is made of all parties for full disclosure.

Whereas, an unrefuted affidavit noticed for the public record is the highest form of evidence, I am hereby timely creating public record by declaration with the following "Verified Affidavit in the Truth" by seasonable and timely notice, establishing factual evidence, and establishing estoppel in order of protecting my rights and my private property.

I hereby and herein declare that I am competent and of age for testifying. I have personal

knowledge of the facts stated herein. The facts stated herein are stated under penalty of perjury by the

Laws of God, my Creator, and by the laws of the United States of America, the perpetual union of

sovereign states combined to form a constitutional republic, and by the laws of District of Columbia, a

sovereign state within the union of states. I have verified the facts stated herein as being true, correct,

complete, certain and not misleading by signing and sealing my affidavit before a Public Notary as an

authentic act.

      The following facts are being duly noticed for the public record concerning ORLANDO C.

ANDERSON, as referenced by Civil Action No. 05cv1852 RJL. Notice to principal is notice to agent.

Notice to agent is notice to principal. I hereby and herein declare and proclaim, by good faith, with clean

hands and at arm's length, the following:

1.    On September 19, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, filed a Complaint in

    Replevin pursuant to * DC CODE DIVISION II TITLE 16 CHAPTER 37, and 370 Other Fraud

    against WALTER C. WIGGINS, JENNIFER MOORE, DISTRICT GOVERNMENT EMPLOYEES

    FEDERAL CREDIT UNION, LINDA G. RAINES, SECURITY RECOVERY, INC. and LAWRENCE

    H. MIREL. At United States District Court for the District of Columbia with the Clerk of the Court.

2.    On September 19, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, was issued

    Summons and as to WALTER C. WIGGINS, JENNIFER MOORE, DISTRICT GOVERNMENT

    EMPLOYEES FEDERAL CREDIT UNION, LINDA G. RAINES, SECURITY RECOVERY, INC. and

    LAWRENCE H. MIREL in Complaint in Replevin.

3.    On September 20, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, mailed a copy of the

    Complaint and Summons, served on the WALTER C. WIGGINS, Registered Mail, Return Receipt

    Requested PS Form 3811, RB 697 507 430 US at 2000 14th Street, North West, 2nd Floor,

    Washington, DC 20009.

4.    On September 20, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, mailed a copy of the

    Complaint and Summons, served on the JENNIFER MOORE, Registered Mail, Return Receipt

    Requested PS Form 3811, RB 697 507 412 US at 2000 14th Street, North West, 2nd Floor,

Washington, DC 20009.

5.    On September 20, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, mailed a copy of the

Complaint and Summons, to the DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT

UNION served on WALTER C. WIGGINS, Registered Mail, Return Receipt Requested PS Form

3811, RB 697 507 457 US at 2000 14th Street, North West, 2nd Floor, Washington, DC 20009.

6.    On September 20, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, mailed a copy of the

Complaint and Summons, served on the LINDA G. RAINES, Registered Mail, Return Receipt

Requested PS Form 3811, RB 697 507 443 US at 1101 Hengemihle Avenue, Baltimore, MD.

21221.

7.    On September 20, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, mailed a copy of the

Complaint and Summons, to SECURITY RECOVERY, INC., served on LINDA G. RAINES,

Registered Mail, Return Receipt Requested PS Form 3811, RB 697 507 465 US at 1101

Hengemihle Avenue, Baltimore, MD. 21221.

8.    On September 20, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, mailed a copy of the

Complaint and Summons, served on LAWRENCE H. MIREL, Registered Mail, Return Receipt

Requested PS Form 3811, RB 697 507 426 US at 810 First Street, North East, Suite 701,

Washington, DC 20002.

9.    On September 21, A.D. 2005, I served the following DEFENDANTS, WALTER C. WIGGINS,

JENNIFER MOORE, DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION served

on WALTER C. WIGGINS, and LAWRENCE H. MIREL, at their last known addresses, a copy of

the Complaint and Summons acknowledged by Return Receipt Requested PS Form 3811.

10.    On September 22, A.D. 2005, I served the following DEFENDANTS, LINDA G. RAINES and

SECURITY RECOVERY, INC., at their last known addresses, a copy of the Complaint and

Summons acknowledged by Return Receipt Requested PS Form 3811.

11.    On September 27, A.D. 2005, a Standing Order was issued by Judge Richard J. Leon.

12.    On September 28, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, filed Affidavit of

Service for Summons and Complaint executed, WALTER C. WIGGINS served on September 21,

2005, Answer due October 11, 2005; JENNIFER MOORE served on September 21, 2005, Answer

due October 11, 2005; DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION

served on WALTER C. WIGGINS, September 21, 2005, Answer due October 11, 2005; LINDA G.

RAINES served on September 22, 2005, Answer due October 12, 2005; SECURITY RECOVERY,

INC., served on LINDA G. RAINES, September 22, 2005, Answer due October 12, 2005; and

LAWRENCE H. MIREL served on September 21, 2005, Answer due October 11, 2005; at United

States District Court for the District of Columbia with Clerk of the Court.

13.    On October 8, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, mailed a copy of the

Standing Order served on the DEFENDANT, WALTER C. WIGGINS, Registered Mail, Return

Receipt Requested PS Form 3811, RB 639 753 422 US at 2000 14th Street, North West, 2nd Floor,

Washington, DC 20009.

14.    On October 8, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, mailed a copy of the

Standing Order served on the DEFENDANT, JENNIFER MOORE, Registered Mail, Return Receipt

Requested PS Form 3811, RB 639 753 419 US at 2000 14th Street, North West, 2nd Floor,

Washington, DC 20009.

15.    On October 8, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, mailed a copy of the

Standing Order served on the DEFENDANT, DISTRICT GOVERNMENT EMPLOYEES FEDERAL

CREDIT UNION served on WALTER C. WIGGINS, Registered Mail, Return Receipt Requested

PS Form 3811, RB 639 753 405 US at 2000 14th Street, North West, 2nd Floor, Washington, DC

20009.

16.    On October 8, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, mailed a copy of the

Standing Order served on the DEFENDANT, LINDA G. RAINES, Registered Mail, Return Receipt

Requested PS Form 3811, RB 639 753 396 US at 1101 Hengemihle Avenue, Baltimore, MD.

21221.

17.    On October 8, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, mailed a copy of the

Standing Order served on the DEFENDANT, SECURITY RECOVERY, INC., served on LINDA G.

RAINES, Registered Mail, Return Receipt Requested PS Form 3811, RB 639 753 379 US at 1101

Hengemihle Avenue, Baltimore, MD. 21221.

18. On October 8, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, mailed a copy of the Standing Order served on the DEFENDANT, LAWRENCE H. MIREL, Registered Mail, Return Receipt Requested PS Form 3811, RB 639 753 436 US at 810 First Street, North East, Suite 701, Washington, DC 20002.

19. On October 11, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, did not receive an ANSWER to the Complaint in Replevin from WALTER C. WIGGINS; JENNIFER MOORE; or DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION; or Counsel, respectfully.

20. On October 11, A.D. 2005, I, Orlando Christopher Anderson©, Plaintiff, did not receive an ANSWER to the Complaint in Replevin from LINDA G. RAINES; or SECURITY RECOVERY, INC.; or Counsel, respectfully.


If any man or woman wishes to respond to or rebut the foregoing "Verified Affidavit in the Truth", or has information that would controvert and overcome the foregoing "Verified Affidavit in the Truth", he or she is required to make such response or rebuttal, using only facts based on first-hand, personal knowledge, within ten business days of receipt by written, controverted, counter-affidavit form, signed under penalty of perjury, before a Public Notary, using his/her Christian name, controverting and overcoming each and every point of the foregoing "Verified Affidavit in the Truth", proving with particularity by stating all requisite actual evidentiary fact and all requisite actual law and not merely the ultimate facts or conclusions of law, that my facts are substantially and materially false sufficient for changing my factual declarations. The foregoing "Verified Affidavit in the Truth" is an instrument in commerce, and I hereby and herein explicitly reserve all of my rights without recourse. In commerce, an unrefuted affidavit noticed on the public record is the highest form of evidence. Your silence stands as consent to, and tacit approval of, the factual declarations herein being established as fact, and the foregoing "Verified Affidavit in the Truth" will stand as final judgment in this matter. Failure to respond, nihil dicit, within ten business days of receipt establishes your unconditional acceptance of the foregoing facts, and the dismissal, closure and cancellation of this matter.

Verification: I verify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed, at arm's length, on the _21_ th day of the _10_ th month in the year of our Lord, two-thousand five, _____, at the city of Washington. District of Columbia


By:                                                                                  Seal




By:      me, addressee: Orlando-Christopher: Anderson©, family of Anderson, sovereign


Witnessed: By: _____

Witnessed: By: _____


### Authentication

|     |   |                                                         |
|-----|---|---------------------------------------------------------|
|     | § | The United States of America, the perpetual            |
|     | § |                                                         |
|     | § | union of sovereign states combined                     |
|     | § |                                                         |
|     | § | to form a constitutional republic                      |
|     | § |                                                         |
| SS. | § | on the soil of District of Columbia, a sovereign state |
|     | § |                                                         |
|     | § | within the perpetual union of states                   |
|     | § |                                                         |
|     | § | at the sovereign city of Washington                    |

   Having witnessed the signing and sealing of the foregoing "Verified Affidavit in the Truth", I place my hand and seal hereon as an authentic act by a Public Notary on this the _21_ th day of the _10_ th month in the year of our Lord, two-thousand five, _____, at the city of Washington.


By: _____

Public Notary             YVONNE M. BRADY
                          Notary Public, District of Columbia
                          My Commission Expires July 14, 2006

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this <u>21st day of October 2005,</u> copies of the foregoing PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITON TO DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, WALTER C. WIGGINS, AND JENNIFER MOORES' THEIR MOTION TO DISMISS, was mailed to first class, postage prepaid to:

Amy S. Owen (Bar #411601)
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA. 22182
Counsel for DISTRICT GOVERNMENT EMPLOYEES
FEDERAL CREDIT UNION, WALTER C. WIGGINS,
AND JENNIFER MOORE

:Orlando-Christopher: Anderson©
Secured Party/Creditor