# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| : Orlando-Christopher: Anderson©, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-1852-RJL |
| ) | |
| WALTER C. WIGGINS, et al. ) | |
| ) | |
| DEFENDANTS ) | |

## AFFIDAVIT OF SERVICE

I, Orlando C. Anderson, hereby declare that on the 20th of September 20 05, I mailed a copy of the summons and complaint, registered mail return receipt requested, to WALTER C. WIGGINS. Attached hereto is the green card acknowledging service.

[Green card — PS Form 3811, February 2004, Domestic Return Receipt. Article Addressed to: Walter C. Wiggins, 2000 14th St. NW 2nd floor, Washington DC 20009. Service Type: Registered. Restricted Delivery: Yes. Article Number: RB 697507430 4 US.]

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| : Orlando-Christopher: Anderson©, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CIVIL ACTION NO. 05-1852-RJL |
| | ) |
| WALTER C. WIGGINS, et al. | ) |
| | ) |
| DEFENDANTS | ) |

## AFFIDAVIT OF SERVICE

I, Orlando C. Anderson, hereby declare that on the 20th of September 2005, I mailed a copy of the summons and complaint, registered mail return receipt requested, to JENNIFER MOORE. Attached hereto is the green card acknowledging service.

[Green card / PS Form 3811 receipt addressed to:
Jennifer Moore
2000 14th ST. NW 2ND FLOOR
Washington, DC 20009
Article Number: RB 697502 412 US
Service Type: Registered, Restricted Delivery: Yes]

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

: Orlando-Christopher: Anderson©,  )
                                    )
Plaintiff,                          )
                                    )
V.                                  )   CIVIL ACTION NO. 05-1852-RJL
                                    )
WALTER C. WIGGINS, et al.           )
                                    )
DEFENDANTS                          )

## AFFIDAVIT OF SERVICE

I, Orlando C. Anderson, hereby declare that on the 20th of September 2006, I mailed a copy of the summons and complaint, registered mail return receipt requested, to DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION.

Attached hereto is the green card acknowledging service.

[Green card return receipt attached, addressed to: Walter C. Wiggins, District Govt. Employee FCU, 1600 14th St NW, 2nd Floor, Washington, DC 20009. Article Number: RB 697507457 US]

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120

EXHIBIT
EXHIBIT 10

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

: Orlando-Christopher: Anderson©,           )
                                            )
Plaintiff,                                  )
                                            )
V.                                          )   CIVIL ACTION NO. 05-1852-RJL
                                            )
WALTER C. WIGGINS, et al.                   )
                                            )
DEFENDANTS                                  )

## AFFIDAVIT OF SERVICE

I, Orlando C. Anderson, hereby declare that on the 20th of September 20 05, I mailed a copy of the summons and complaint, registered mail return receipt requested, to LINDA G. RAINES. Attached hereto is the green card acknowledging service.



[Attached PS Form 3811 Domestic Return Receipt addressed to:
Linda G Raines
1101 HENGEMIHLE AVE
BALTIMORE, MD 21221
Article Number: RB 697507 43 US]

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

: Orlando-Christopher: Anderson©,    )
                                     )
Plaintiff,                           )
                                     )
V.                                   )    CIVIL ACTION NO. 05-1852-RJL
                                     )
WALTER C. WIGGINS, et al.            )
                                     )
DEFENDANTS                           )

### AFFIDAVIT OF SERVICE

I, Orlando C. Anderson, hereby declare that on the 20th of September 2005, I mailed a copy of the summons and complaint, registered mail return receipt requested, to SECURITY RECOVERY, INC. Attached hereto is the green card acknowledging service.

[Green card return receipt attached, addressed to: Linda G. Raines, Security Recovery Inc, 1101 HENGEMIHLE AVENUE, BALTIMORE, MD 21221]

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120

EXHIBIT 1F

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

: Orlando-Christopher: Anderson©,         )
                                          )
Plaintiff,                                )
                                          )
V.                                        )  CIVIL ACTION NO. 05-1852-RJL
                                          )
WALTER C. WIGGINS, et al.                 )
                                          )
DEFENDANTS                                )

## AFFIDAVIT OF SERVICE

I, Orlando C. Anderson, hereby declare that on the 20th of September 2005, I mailed a copy of the summons and complaint, registered mail return receipt requested, to LAWRENCE H. MIREL. Attached hereto is the green card acknowledging service.

[Green card return receipt attached, addressed to: Lawrence H. Mirel, 810 First Street NE, Suite 701, Washington, DC 20002. Article Number: RB697507426US]

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120