UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| : Orlando-Christopher: Anderson©,<br>Plaintiff, | )<br>)<br>) |
| V. | ) CIVIL CASE NO. 05cv1852 (RJL)<br>) |
| WALTER C. WIGGINS, et al.<br>DEFENDANTS | )<br>) |

### ORDER

Upon consideration of the Plaintiff's Opposition to DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, WALTER C. WIGGINS, AND JENNIFER MOORES' their Motion to Dismiss, and the record hereto, it is hereby

**ORDERED** that DISTRICT GOVERNMENT EMPLOYEES FEDERAL CREDIT UNION, WALTER C. WIGGINS, AND JENNIFER MOORES' their Motion to Dismiss is denied.

**ORDERED** that Plaintiff is granted Default Judgment against DEFENDANTS.

_____

Date                                                                                            Judge Richard J. Leon

Copies to:

: Orlando-Christopher: Anderson©
103 G Street, South West, #B-410
Washington, DC [20024]

Amy S. Owen (Bar #411601)
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA. 22182
Counsel for DISTRICT GOVERNMENT EMPLOYEES
FEDERAL CREDIT UNION, WALTER C. WIGGINS,
AND JENNIFER MOORE