**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| Orlando-Christopher Anderson | * | |
| | * | |
| Plaintiff | * | |
| vs | * | |
| | * | |
| Walter C. Wiggins, | * | |
| and | * | |
| Jennifer Moore, | * | |
| and | * | Civil Action No.  05cv1852(RJL) |
| District Government Employees Federal | * | |
| Credit Union, | * | |
| and | * | |
| Linda G.  Raines | * | |
| and | * | |
| Security Recovery, Inc. | * | |
| and | * | |
| Lawrence H.  Mirel, | * | |
| | * | |
| Defendants | * | |

**PARTIAL CONSENT MOTION FOR ENLARGEMENT OF TIME**

COME NOW Defendants Linda G. Raines and Security Recovery, Inc., by and through

counsel, Thomas G.  Hagerty and Semmes, Bowen & Semmes, and move this Honorable Court to

W0013566:1

enlarge the time for the filing of a Rule 12 (b)(6) motion, and as grounds therefor refer to the Memorandum of Points and Authorities which is attached hereto and incorporated herein by reference.

_____
Thomas G. Hagerty
Semmes, Bowen & Semmes
1001 Connecticut Ave., N.W., Suite 1100
Washington, D.C. 20036
202-822-8250
D.C. Bar Number: 251975

Attorneys for Linda G. Raines and
Security Recovery, Inc.

W0013566:1

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Orlando-Christopher Anderson           * | |
|                                         * | |
|           Plaintiff                     * | |
| vs                                      * | |
|                                         * | |
| Walter C. Wiggins,                      * | |
|     and                                 * | |
| Jennifer Moore,                         * | |
|     and                                 * | Civil Action No.  05cv1852(RJL) |
| District Government Employees Federal   * | |
|     Credit Union,                       * | |
|     and                                 * | |
| Linda G. Raines                         * | |
|     and                                 * | |
| Security Recovery, Inc.                 * | |
|     and                                 * | |
| Lawrence H. Mirel,                      * | |
|                                         * | |
|           Defendants                    * | |

## MEMORANDUM OF POINTS AND AUTHORITIES

1.   Undersigned counsel for defendants Linda G. Raines and Security Recovery, Inc. was retained to represent these defendants in this action more than twenty (20) days after September 22, 2005, the date of delivery by mail of the Summons and Complaint indicated on the domestic return receipts attached to Plaintiff's Affidavits of Service for these defendants.

2.   The failure of these defendants to have filed a Motion to Dismiss within twenty (20) days of alleged service of the Summonses and Complaints on them on September 22, 2005 is the result of excusable neglect. Because of inadvertent delays in the forwarding of the summonses and complaints allegedly served on these defendants to the insurance agent for Security Recovery, Inc., from the agent to the claim office of the insurer for these defendants, and from that office to undersigned counsel, more than twenty (20) days had elapsed from the date of alleged service when

W0013566:1

the summonses and complaints were received by undersigned counsel, thereby precluding the filing of a timely motion on behalf of these defendants under the Federal Rules of Civil Procedure. This delay was due purely to oversight and was not motivated by an intent to protract this litigation.

    3.    Plaintiff will not be prejudiced by the granting of this request. Joinder has not yet been achieved, as co-defendant Lawrence Mirel has yet to file a motion or answer in response to the complaint. This request, if granted, will not halt the progress of discovery, which has not yet commenced, or otherwise delay this case. These defendants have meritorious defenses which they wish to assert, and are required to assert, at the outset by way of motion. The interest favoring full litigation of all claims and defenses affecting all parties to an action supports the granting of an extension of time for the filing of a Rule 12 motion.

    4.    Before filing this non-dispositive motion, undersigned counsel discussed the anticipated motion by telephone with the _pro se_ plaintiff and with counsel for District Government Employees Federal Credit Union, Walter C. Wiggins and Jennifer Moore. The _pro se_ plaintiff would not consent to the relief sought in this Motion. Counsel for District Government Employees Federal Credit Union, Walter C. Wiggins and Jennifer Moore consented to the relief sought herein. Undersigned counsel has been unable to contact co-defendant Lawrence Mirel.

    5.    Rule 6(b)(2) of the Federal Rules of Civil Procedure.

    6.    Local Rule 7(m).

WHEREFORE, for the reasons stated above, it is respectfully requested that this Court enlarge the time for the filing of a Motion to Dismiss by these defendants.

By: _____
Thomas G. Hagerty
Semmes, Bowen & Semmes
1001 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
202-822-8250
DC Bar Number: 251975

Attorneys for Linda G. Raines and
Security Recovery, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Partial Consent Motion for Enlargement of Time has been sent via regular mail on this the 4th day of November, 2005 to the following individuals:

Orlando-Christopher Anderson
103 G Street, South West #B-410
Washington, DC 20024

Amy Sanborn Owen
Cochran & Owen, LLC
8000 Towers Crescent Drive, Suite 160
Vienna, VA 22182

Lawrence H. Mirel
810 First Street, NE, Suite 701
Washington, DC 20002

By: _____
Thomas G. Hagerty

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Orlando-Christopher Anderson * | |
| * | |
| Plaintiff * | |
| vs * | |
| * | |
| Walter C. Wiggins, * | |
| and * | |
| Jennifer Moore, * | |
| and * | Civil Action No.  05cv1852(RJL) |
| District Government Employees Federal * | |
| Credit Union, * | |
| and * | |
| Linda G. Raines * | |
| and * | |
| Security Recovery, Inc. * | |
| and * | |
| Lawrence H. Mirel, * | |
| * | |
| Defendants * | |

### **ORDER**

Having read and considered the Partial Consent Motion for Enlargement of Time, and any opposition thereto, it is this _____ day of _____, 2005,

ORDERED, that the Motion be, and the same is hereby granted, and it is further

ORDERED, that Defendants Security Recovery, Inc. and Linda Raines be, and the same are hereby granted leave of Court for the filing of a Motion to Dismiss on or before _____, 2005.

_____
Judge Richard  J. Leon

**Copies to be sent to:**

Orlando-Christopher Anderson
103 G Street, South West #B-410
Washington, DC 20024

Amy S. Owen, Esq.
  Counsel for District Government
  Employees Federal Credit Union,
  Walter C. Wiggins and
   Jennifer Moore

Thomas G. Hagerty, Esq.
  Counsel for Linda Raines and
  Security Recovery, Inc.

Lawrence H. Mirel
810 First Street, NE, Suite 701
Washington, DC 20002

W0013566:1