# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Orlando-Christopher Anderson | * | |
| | * | |
|    Plaintiff | * | |
| vs | * | |
| | * | |
| Walter C. Wiggins, | * | |
|    and | * | |
| Jennifer Moore, | * | |
|    and | * | Civil Action No. 05cv1852(RJL) |
| District Government Employees Federal | * | |
|   Credit Union, | * | |
|    and | * | |
| Linda G. Raines | * | |
|    and | * | |
| Security Recovery, Inc. | * | |
|    and | * | |
| Lawrence H. Mirel, | * | |
| | * | |
|    Defendants | * | |

## CERTIFICATE REQUIRED BY LCvR 7.1

I, the undersigned, counsel of record for Security Recovery, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Security Recovery, Inc., which have any outstanding securities in the hands of the public:

NONE.

These representations are made in order that judges of this court may determine the need for recusal.

                                                              _____
                                                              Thomas G. Hagerty
                                                              Semmes, Bowen & Semmes
                                                              1001 Connecticut Ave., N.W., Suite 1100
                                                              Washington, D.C. 20036
                                                              202-822-8250
                                                              DC Bar Number: 251975
                                                              Attorneys for Linda G. Raines and
                                                              Security Recovery, Inc.

W0013564:1