UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| : Orlando-Christopher: Anderson©, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 05-1852-RJL |
| ) | |
| WALTER C. WIGGINS, et al. ) | |
| ) | |
| DEFENDANTS ) | |

AFFIDAVIT OF SERVICE

I, Orlando C. Anderson, hereby declare that on the 20th of September 2005, I mailed a copy of the summons and complaint, registered mail return receipt requested, to LAWRENCE H. MIREL. Attached hereto is the green card acknowledging service.

[Green card / Domestic Return Receipt attached — Article addressed to: Lawrence H. Mirel, 810 First Street, NE, Suite 701, Washington, DC 20002. Article Number: RB697507426US. PS Form 3811, February 2004.]

RECEIVED
SEP 28 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

: Orlando-Christopher: Anderson©
Authorized Representative, UCC 1-207
103 G Street, South West, #B-410
Washington, District of Columbia [20024]
202-863-2120

Attachment A

# AFFIDAVIT

I, Sandra Jenkins, over the age of eighteen years of age, and not a party to this case, do hereby swear as follows:

1. I have been employed with the Department of Insurance, Securities and Banking, and its predecessors since 1974.

2. I currently am employed as a Clerical Assistant within the Office of Information Systems.

3. In my current position, I am required, among other responsibilities, to process the mail for the Department and its employees and officers.

5. On September 21, 2005, I received a package delivered by certified mail, which contained documents entitled Orlando-Christopher: Anderson v. Wiggins et al in the case captioned as 1:05CVO1852. The packaged was addressed to Lawrence Mirel and

6. At no time during my employment with the Department have I been designated or authorized by the Mayor of the District of Columbia, or the Attorney General for the District of Columbia, to serve as an agent for service of process on behalf of the District of Columbia or the Department of Insurance, Securities and Banking. <u>In addition, I have not been designated or authorized by Larry H. Mirel, a defendant in this case, to serve as an agent for service of process on his behalf</u>.

_____
Sandra Jenkins

Subscribed and sworn to me on November 2, 2005

_____
Notary Pubic

Attachment B