# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

: Orlando-Christopher: Anderson©,                )
Plaintiff,                                       )
                                                 )
V.                                               )      CIVIL CASE NO. 05cv1852 (RJL)
                                                 )
WALTER C. WIGGINS, et al.                        )
DEFENDANTS                                       )

## PLAINTIFF'S OPPOSITON TO MOTION TO DISMISS
## THE COMPLAINT AGAINST LAWRENCE H. MIREL

The Court should not dismiss this Complaint in Replevin against LAWRENCE H.

MIREL because under DISTRICT of COLUMBIA *Rule 4 (c) (3) he was properly

served with the Summons and Complaint in Replevin. In addition, the Complaint against

LAWRENCE H. MIREL should not be dismissed under *DC CODE DIVISION II

TITLE 16 CHAPTER 37 and *18 USC § 1001, § 241, § 1961, and § 1962 as the Plaintiff

has stated a Federal Claim upon which relief may be granted. The reasons for this

Plaintiffs' Opposition to MOTION TO DISMISS THE COMPLAINT AGAINST

LAWRENCE H. MIREL are greater particularly in the accompanying Plaintiffs'

Memorandum of Points and Authorities in Opposition to Motion to Dismiss the

Complaint against LAWRENCE H. MIREL.

DATED: November 29, 2005


Respectfully submitted,

: Orlando-Christopher: Anderson©

By: _[signature]_

: Orlando-Christopher: Anderson©
103 G Street, South West, # B-410
Washington, District of Columbia [20024]
Phone: 202-863-2120
Attorney in Fact

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this <u>29th day of November 2005,</u> copies of the foregoing
PLAINTIFF'S OPPOSITON TO MOTION TO DISMISS THE COMPLAINT
AGAINST LAWRENCE H. MIREL, was mailed to first class, postage prepaid to:

MELVIN W. BOLDEN, JR. (#192179)
ASSISTANT ATTORNEY GENERAL for
the DISTRICT of COLUMBIA
441 Fourth Street, Sixth Floor
Washington, DC 20001
202-724-5695
Attorneys for LAWRENCE H. MIREL

:Orlando-Christopher: Anderson©
Secured Party/Creditor

3

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| : Orlando-Christopher: Anderson©,<br>Plaintiff, | )<br>)<br>) |
| V. | )     CIVIL CASE NO. 05cv1852 (RJL)<br>) |
| WALTER C. WIGGINS, et al.<br>DEFENDANTS | )<br>)<br>) |

### PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN
### OPPOSITON TO MOTION TO DISMISS
### THE COMPLAINT AGAINST LAWRENCE H. MIREL

This Complaint in Replevin brought to the Court by the Plaintiff against the

Defendants pursuant to DC CODE DIVISION II TITLE 16 CHAPTER 37 § 16-3703

REPLEVIN and USC 18 for wrongfully taking and detaining Plaintiffs' Goods and

Chattels illegally through criminal elements and Fraud, which the Plaintiff has Perfected

Security Interest in said Goods and Chattels, Black Sand Pearl 2003 Toyota Corolla-S 4-

Door sedan VIN 1NXBR32E83Z078026.

All Defendants in this Complaint were properly served as a record was filed with

the Clerk of the Court, on September 28, 2005. LAWRENCE H. MIREL was served at

the last known address. The Plaintiff, Orlando-Christopher: Anderson©, does in fact

has standing to bring this Action as Creditor of said Goods and Chattels wrongfully taken

and detained.

LAWRENCE H. MIREL contends in his MOTION TO DISMISS THE

COMPLAINT AGAINST LAWRENCE H. MIREL, that the Plaintiff has failed to state a

short and plain statement of the Claim showing that the Plaintiff is entitled to Relief

against LAWRENCE H. MIREL, and there was ineffective Service of Process upon

LAWRENCE H. MIREL.

LAWRENCE H. MIREL contends ineffective Service of Process, and that the Complaint was signed by a clerical worker in the Department of Insurance and Securities and Banking who was not authorized by appointment or law to receive service on behalf of LAWRENCE H. MIREL.  The Plaintiff contends the clerical worker, SARAH JENKINS, was over eighteen years of age, competent and not an infant when she signed for LAWRENCE H. MIREL. Notice to Principal is Notice to Agent; Notice to Agent is Notice to Principal.

## ARGUMENT

### a.    The Complaint Should Not Be Dismissed Against LAWRENCE H. MIREL Because Time Has Expired

This Motion to Dismiss is not warranted, because LAWRENCE H. MIREL time for filing has expired as of October 11, 2005, and does not have permission from this Court to file any Motion or Pleading in this Complaint in Replevin.  LAWRENCE H. MIREL contends ineffective Service of Process, and that the Complaint was signed by a clerical worker in the Department of Insurance and Securities and Banking who was not authorized by appointment or law to receive service on behalf of LAWRENCE H. MIREL.  The Plaintiff contends the clerical worker, SARAH JENKINS, was over eighteen years of age, competent and not an infant, when she signed for LAWRENCE H. MIREL. Notice to Principal is Notice to Agent Notice to Agent is Notice to Principal.

LAWRENCE H. MIREL did not serve an Answer to Orlando-Christopher: Anderson©, the Plaintiff in a timely manner after Service of Process of the Summons and Complaint in Replevin under *Federal Rules of Civil Procedure 12(a)(1)(A).  An Answer was not filed with the Court as of October 11, 2005 set by the Court. The Plaintiff

contends that LAWRENCE H. MIREL waived any Service of Process defense by failing to respond in a timely manner after receiving actual Notice of the Complaint.

*see Tuckman v. Aerosonic Corp., 394 A.2d 226,232-33 Del. Ch. 1978;* holding that failure to assert defenses promptly resulted in a waiver.  *Rule 12(a) requires that an Answer be served within 20 days of Service of the Complaint on Defendant unless the time for answering is extended, and therefore, under normal circumstances a Defendant would be held to have waived the defenses of Lack of Jurisdiction over the person and insufficient Service of Process if the defenses had not been raised in the Answer or by Motion before Service of the Answer.  In either event whether raised by Motion or Pleading, the maximum time allowed would have been 20 days from Service of the Complaint on a Defendant.

**b.     The Complaint Should Not Be Dismissed Because LAWRENCE H. MIRELS' Knowledge of Replevin Bond And All Other Bonds**

Plaintiff contends that granting of the Defendants' request will be with prejudice after the Defendant LAWRENCE H. MIREL has failed to meet the deadline as set by the Court. *Local Rule 7 (m) states before filing any non-dispositive motion in a civil action, counsel shall discuss the anticipated motion with opposing counsel, either in person or by telephone, in a good faith effort to determine whether there is any opposition to the relief sought and, if there is opposition, to narrow the areas of disagreement.

The Plaintiff does not consent to this Non-Dospoitive Motion, Defendant LAWRENCE H. MIREL has failed to meet the deadline as set by the Court, and they are making attempts in bad faith to divert the Courts focus of the Complaint in Replevin of the return of property wrongfully taken from the Plaintiff.

## IV.    Conclusion

For the reasons stated above, Plaintiff moves this Court to deny Defendant LAWRENCE H. MIRELS' MOTION TO DISMISS THE COMPLAINT AGAINST LAWRENCE H. MIREL and Plaintiff Demands Default Judgment in favor of the Plaintiff against Defendant LAWRENCE H. MIREL, and Relief in the amount of $10,000,000.00 Damages or appropriate Relief through Determination of Damages by the Court against Defendant LAWRENCE H. MIREL, with prejudice.

DATED: November 29 2005

Respectfully submitted,

: Orlando-Christopher: Anderson©

By:

: Orlando-Christopher: Anderson©
103 G Street, South West, # B-410
Washington, District of Columbia [20024]
Phone:  202-863-2120
Attorney in Fact

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this <u>29th day of November 2005,</u> copies of the foregoing PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITON TO MOTION TO DISMISS THE COMPLAINT AGAINST LAWRENCE H. MIREL, was mailed to first class, postage prepaid to:

MELVIN W. BOLDEN, JR. (#192179)
ASSISTANT ATTORNEY GENERAL for
the DISTRICT of COLUMBIA
441 Fourth Street, Sixth Floor
Washington, DC  20001
202-724-5695
Attorneys for LAWRENCE H. MIREL

:Orlando-Christopher: Anderson©
Secured Party/Creditor

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| : Orlando-Christopher: Anderson©,<br>Plaintiff, | )<br>)<br>) |
| V. | )   CIVIL CASE NO. 05cv1852 (RJL) |
| | ) |
| WALTER C. WIGGINS, et al.<br>DEFENDANTS | )<br>) |

### ORDER

Upon consideration of the Plaintiff's Opposition to MOTION TO DISMISS THE

COMPLAINT AGAINST LAWRENCE H. MIREL, and the record hereto, it is hereby

**ORDERED** that the MOTION TO DISMISS THE COMPLAINT AGAINST

LAWRENCE H. MIREL is denied.

**ORDERED** that the Plaintiff is granted Default Judgment against DEFENDANT

LAWRENCE H. MIREL.

_____          _____

Date                                          Judge Richard J. Leon
                                              UNITED STATES DISTRICT COURT

Copies to:

: Orlando-Christopher: Anderson©
103 G Street, South West, #B-410
Washington, DC [20024]

MELVIN W. BOLDEN, JR. (#192179)
ASSISTANT ATTORNEY GENERAL for
the DISTRICT of COLUMBIA
441 Fourth Street, Sixth Floor
Washington, DC  20001
202-724-5695
Attorneys for LAWRENCE H. MIREL