UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Orlando-Christopher Anderson | * | |
| | * | |
| Plaintiff | * | |
| | • | Civil Action No. 05c1852(RJL) |
| vs. | * | |
| | * | |
| Walter C. Wiggins et al. | * | |
| | * | |
| Defendants | * | |

**ORDER**

Having read and considered the Motion of Security Recovery, Inc. and Linda Raines to Dismiss for lack of jurisdiction over the subject matter, and any opposition thereto, it is this ____ day of _____, 2006.

ORDERED, that the Motion be, and the same is hereby granted, and it is further

ORDERED, that the Complaint against Defendants Security Recovery, Inc. and Linda Raines be, and the same is hereby dismissed with prejudice.

 

_____
Judge Richard J. Leon

**Copies to be sent to:**

Orlando-Christopher Anderson
103 G Street, S.W.
#B-410
Washington, DC 20024

W0014044:1

Amy S. Owen, Esq.
Cochran & Owen, LLC
8000 Towers Crescent Drive
Suite 160
Vienna, VA 22182
Counsel for District Government
Employees Federal Credit Union,
Walter C. Wiggins and
Jennifer Moore

Thomas G. Hagerty, Esq.
Semmes, Bowen & Semmes
1001 Connecticut Ave., NW
Suite 1100
Washington, DC 20036
Counsel for Linda Raines and
Security Recovery, Inc.

Melvin W. Bolden, Jr.
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, DC 20001
Counsel for Lawrence Mirel

W0014044:1