UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 29 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Orlando-Christopher Anderson )
)
Plaintiff, )
)
v. ) Civil Case No. 05cv1852 (RJL)
)
Walter C. Wiggins, et al. )
)
Defendants. )

### FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 29th day of September 2006, hereby

**ORDERED** that [#5] District Government Employees Federal Credit Union, Walter C. Wiggins and Jennifer Moores' Motion to Dismiss is GRANTED; it is further

**ORDERED** that [#10] Motion to Dismiss the Complaint Against Lawrence H. Mircl is GRANTED; it is further

**ORDERED** that [#13] Motion of Defendants Security Recovery, Inc. and Linda Raines to Dismiss is GRANTED; and it is further

**ORDERED** that judgment is entered in favor of all defendants, and the case is DISMISSED with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge